UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:24-cv-14289-KMM

HOWARD COHAN,

    Plaintiff,

vs.

KHARA 1659 INC
a Florida Profit Corporation
d/b/a SUBWAY

    Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, KHARA 1659 INC, a Florida Profit Corporation, d/b/a SUBWAY, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 31, 2024.

By: /s/ **Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ **Mitchell T. McRae**
Mitchell T. McRae
Florida Bar No. 441759
MCRAE LAW OFFICES, P.A.
Email: mmcrae@mcraelawfirm.com
5300 W. Atlantic Ave., Suite 412
Delray Beach, FL 33484
T (561) 638-6600 | F (888) 308-6020
Attorney for Defendant

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**