UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:24-cv-14289-KMM

HOWARD COHAN,

    Plaintiff,

vs.

KHARA 1659 INC
a Florida Profit Corporation
d/b/a SUBWAY

    Defendant(s).
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, KHARA 1659 INC, a Florida Profit Corporation, d/b/a SUBWAY, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against KHARA 1659 INC, a Florida Profit Corporation, d/b/a SUBWAY; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 18, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Mitchell T. McRae** |
| Gregory S. Sconzo, Esq. | Mitchell T. McRae |
| Florida Bar No.: 0105553 | Florida Bar No. 441759 |
| Sconzo Law Office, P.A. | MCRAE LAW OFFICES, P.A. |
| 3825 PGA Boulevard, Suite 207 | Email: mmcrae@mcraelawfirm.com |
| Palm Beach Gardens, FL 33410 | 5300 W. Atlantic Ave., Suite 412 |
| Telephone: (561) 729-0940 | Delray Beach, FL 33484 |
| Facsimile: (561) 491-9459 | T (561) 638-6600 | F (888) 308-6020 |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Email: perri@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       /s/ Gregory S. Sconzo
       **Gregory S. Sconzo, Esq.**